B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Western District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rainbow Transportation Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**16-1437381** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**40 Fillmore Avenue**<br>**Tonawanda, NY**<br>ZIP Code **14150** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rainbow Transportation Services, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rainbow Transportation Services, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Arthur G. Baumeister, Jr.**
Signature of Attorney for Debtor(s)

**Arthur G. Baumeister, Jr.**
Printed Name of Attorney for Debtor(s)

**Amigone, Sanchez, Mattrey & Marshall LLP**
Firm Name

**1300 Main Place Tower**
**350 Main Street**
**Buffalo, NY 14202**
Address

**Email: abaumeister@amigonesanchez.com**
**(716) 852-1300  Fax: (716) 852-1344**
Telephone Number

**February 25, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Kirisits**
Signature of Authorized Individual

**Robert Kirisits**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 25, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of New York

In re  **Rainbow Transportation Services, Inc.**     Case No.
                                                                Debtor(s)     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All County Transportation<br>1215 Main Street<br>Peekskill, NY 10566 | All County Transportation<br>1215 Main Street<br>Peekskill, NY 10566 | vendor | | 38,460.80 |
| Apollo NY - City Ambulette Inc.<br>196-30 42nd Avenue<br>Flushing, NY 11358 | Apollo NY - City Ambulette Inc.<br>196-30 42nd Avenue<br>Flushing, NY 11358 | vendor | | 93,381.20 |
| Apple Express<br>9413 Third Avenue<br>Brooklyn, NY 11209 | Apple Express<br>9413 Third Avenue<br>Brooklyn, NY 11209 | vendor | | 87,233.00 |
| AR Express Car Service<br>8609 15th Avenue<br>Brooklyn, NY 11228 | AR Express Car Service<br>8609 15th Avenue<br>Brooklyn, NY 11228 | vendor | | 115,649.01 |
| B & D Taxi - PICC<br>76 West Main Street<br>Walden, NY 12586 | B & D Taxi - PICC<br>76 West Main Street<br>Walden, NY 12586 | vendor | | 31,245.00 |
| Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Revolving Credit | | 109,864.00 |
| Capital One<br>P.O. Box 105474<br>Atlanta, GA 30348-5474 | Capital One<br>P.O. Box 105474<br>Atlanta, GA 30348-5474 | Revolving Credit | | 28,576.00 |
| Checker Cab Management Corp.<br>47North Main Street<br>Freeport, NY 11520 | Checker Cab Management Corp.<br>47North Main Street<br>Freeport, NY 11520 | vendor | | 458,624.07 |
| Citizens Bank<br>P.O. Box 9799<br>Providence, RI 02940-9799 | Citizens Bank<br>P.O. Box 9799<br>Providence, RI 02940-9799 | Line of Credit | | 81,634.00 |
| Exclusive Ambulette Service, Inc.<br>P.O. Box 476<br>Lawrence, NY 11559 | Exclusive Ambulette Service, Inc.<br>P.O. Box 476<br>Lawrence, NY 11559 | Vendor | | 33,315.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Rainbow Transportation Services, Inc.** Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FPJ Management Inc. d/b/a Kew Gardens Car Service P.O. Box 127 Richmond Hill, NY 11418 | FPJ Management Inc. d/b/a Kew Gardens Car Service P.O. Box 127 Richmond Hill, NY 11418 | vendor | | 158,524.81 |
| Galaxy Transportation 154 Amsterdam Avenue Hawthorne, NY 10532 | Galaxy Transportation 154 Amsterdam Avenue Hawthorne, NY 10532 | vendor | | 48,618.40 |
| Glove City Transportation 25 Forest Street Gloversville, NY 12078 | Glove City Transportation 25 Forest Street Gloversville, NY 12078 | vendor | | 52,307.50 |
| Great Ambulette Service, Inc. 1614 Neptune Avenue, 3rd Floor Brooklyn, NY 11224 | Great Ambulette Service, Inc. 1614 Neptune Avenue, 3rd Floor Brooklyn, NY 11224 | vendor | | 81,518.40 |
| Greenwood Lake Taxi & Towncars, INc. P.O. Box 613 Greenwood Lake, NY 10925 | Greenwood Lake Taxi & Towncars, INc. P.O. Box 613 Greenwood Lake, NY 10925 | vendor | | 473,525.00 |
| Mr. Transportation 407 Central Avenue Cedarhurst, NY 11516 | Mr. Transportation 407 Central Avenue Cedarhurst, NY 11516 | vendor | | 200,330.00 |
| PAI Sano Car Services P.O. Box 1212 Yonkers, NY 10702 | PAI Sano Car Services P.O. Box 1212 Yonkers, NY 10702 | vendor | | 69,804.94 |
| United Refining Company P.O. Box 89460 Cleveland, OH 44101-6460 | United Refining Company P.O. Box 89460 Cleveland, OH 44101-6460 | vendor | | 96,120.26 |
| Wells Fargo Card Services Payment Remittance Center P.O. Box 6426 Carol Stream, IL 60197-6426 | Wells Fargo Card Services Payment Remittance Center P.O. Box 6426 Carol Stream, IL 60197-6426 | Revolving Credit | | 33,345.00 |
| Yellow Taxi Inc. of Syracuse 1371 S. Salina Street Syracuse, NY 13202 | Yellow Taxi Inc. of Syracuse 1371 S. Salina Street Syracuse, NY 13202 | Vendor | | 174,845.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Rainbow Transportation Services, Inc.**              Case No. _____
                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 25, 2010**          Signature  **/s/ Robert Kirisits**
                                                **Robert Kirisits**
                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AAA Abbitt Answering Bureau, Inc.
P.O. Box 342
Buffalo, NY 14218

AAA Ambulette Service Inc.
122 Verdi Street
Farmingdale, NY 11735

Able Medical Transportation
P.O. Box 981
Syracuse, NY 13201-0981

Advantage Funding Inc.
1111 Marcus Avenue, Suite M27
Lake Success, NY 11042

All County Transportation
1215 Main Street
Peekskill, NY 10566

Ambu-Trans Ambulette
8 East Prospect Avenue, Suite C
Mount Vernon, NY 10550

Apollo NY - City Ambulette Inc.
196-30 42nd Avenue
Flushing, NY 11358

Apple Express
9413 Third Avenue
Brooklyn, NY 11209

Apple Home Care Ltd.
100-02 Farragut Road
Brooklyn, NY 11236

Apple Transportation of NY
3-01 27th Avenue
Astoria, NY 11102

Apple Transportation, Inc. - Rochester
375 Clay Road
Rochester, NY 14623

AR Express Car Service
8609 15th Avenue
Brooklyn, NY 11228


B & D Taxi - PICC
76 West Main Street
Walden, NY 12586


Bank of America
P.O. Box 60073
City of Industry, CA 91716-0073


Bank of America
P.O. Box 535310
Atlanta, GA 30353-5310


Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of the West
Dept. LA 23091
Pasadena, CA 91185-3091


BIV Ambulette
540 New Hempstead Road
Spring Valley, NY 10977


BIV Ambulette
c/o David Isaacson, Esq.
130 North Main Street
New City, NY 10956


BLP Transportation of NY Corp.
1939-41 Utica Avenue
Brooklyn, NY 11234


Brant Lake Taxi & Transport Ser. Inc.
7066 State Road 8
Brant Lake, NY 12815

Bridestone Americas Tire Operations
535 Marriott Drive
Nashville, TN 37214

Broadview Networks
P.O. Box 26021
New York, NY 10087-6021

Capital District Med. Transportation
137 Lark Street
Albany, NY 12210

Capital One
P.O. Box 105474
Atlanta, GA 30348-5474

Capitaland Taxi
22 Kraft Avenue
Albany, NY 12205

Carmel Taxi and Car Service
2635 Carmel Avenue
Brewster, NY 10509

Caterpillar Financial Services Corp.
P.O. Box 905561
Charlotte, NC 28290-5561

Checker Cab
803 West Avenue, Suite 103
Rochester, NY 14611

Checker Cab Management Corp.
47North Main Street
Freeport, NY 11520

Checker Cab Management Corp.
c/o Philip M. Bernstein, Esq.
595 Stewart Avenue - Suite 510
Garden City, NY 11530

Choice Medical Transport
45 Perri Circle
Middle Island, NY 11953

Citizens Bank
P.O. Box 9799
Providence, RI 02940-9799


CLC Transportation
103 South Bedford Road, Suite 102
Mount Kisco, NY 10549-3429


Columbia County Comm. Healthcare Cons.
325 Columbia Street
Hudson, NY 12534


Commercial Capital Recovery Inc.
6911 Topanga Canyon Blvd., #206
Canoga Park, CA 91303


Crown Point Cab Co.


DeLage Laden Financial Services
Ref. No. 505291
P.O. Box 41601
Philadelphia, PA 19101-1601


Diane Transportation Inc.
73-14 Yellowstone Blvd., Suite A
Forest Hills, NY 11375


Door to Door Ambulette
48 Mill Street
Middletown, NY 10940


Edson Financial, Inc.
2701 East Imperial Hwy.
Brea, CA 92821-6713


Ema's Ambulette, Inc.
141-24 Jewel Avenue
Flushing, NY 11367


Empire State Ambulance Corp.
38 Route 9
Fishkill, NY 12524

Exclusive Ambulette Service, Inc.
P.O. Box 476
Lawrence, NY 11559

Express Taxi Inc.
450 N. Main Street
Brewster, NY 10509

First Niagara Bank
P.O. Box 28
Buffalo, NY 14240-0028

First Niagara Bank
P.O. Box 514
Lockport, NY 14094

FM Communications Inc.
1914 Colvin Blvd.
Tonawanda, NY 14150

Ford Credit
Box 220564
Pittsburgh, PA 15257-2564

FPJ Management Inc.
d/b/a Comfort Ride
301 Middle County Road
Middle Island, NY 11953

FPJ Management Inc.
d/b/a Kew Gardens Car Service
P.O. Box 127
Richmond Hill, NY 11418

Galaxy Transportation
154 Amsterdam Avenue
Hawthorne, NY 10532

Glove City Transportation
25 Forest Street
Gloversville, NY 12078

Gloversville Transit System
3 Frontage Road
Gloversville, NY 12078

Great Ambulette Service, Inc.
1614 Neptune Avenue, 3rd Floor
Brooklyn, NY 11224


Greenwod Lake Taxi & Towncars, Inc.
c/o John T. Biscone, Esq.
311 State Street
Albany, NY 12210


Greenwood Lake Taxi & Towncars, INc.
P.O. Box 613
Greenwood Lake, NY 10925


Hunter Ambulette Ambulance
28 Sheridan Blvd.
Inwood, NY 11096


Huntington National Bank
P.O. Box 701096
Cincinnati, OH 45270-1096


JL Dispatcihng d/b/a Bucky's Taxi
99 Pike Street
Port Jervis, NY 12771


Key Bank
P.O. Box 94831
Cleveland, OH 44101-4831


Key Eequipment Finance
P.o. Box 74713
Cleveland, OH 44194-0796


Leas-Co Leasing, Inc.
P.O. Box 590
East Amherst, NY 14051


Leonard Bus Sales
4 Leonard Way
Deposit, NY 13754


Liberty Wheelchair Transp. Service
160 Myrtle Avneue
Albany, NY 12202

M & T Credit Services, LLC
P.O. Box 62176
Baltimore, MD 21264


MAC Source Inc.
23619 Network Place
Chicago, IL 60673-1236


MBNA America
P.O. Box 15287
Wilmington, DE 19886-5287


Medical Motor Service
608 Clinton Avenue
Rochester, NY 14620


Mobile Life Support Services
P.O. Box 471
Newburgh, NY 12551


Monroe Ambulance
1669 Lyell Avenue
Rochester, NY 14606-2311


Mr. D's Ambulette Service, Inc.
P.O. Box 250344
Brooklyn, NY 11225


Mr. Transportation
407 Central Avenue
Cedarhurst, NY 11516


National City Capital
995 Dalton Avenue
Cincinnati, OH 45203


New York Bus Sales LLC
7765 Lokeport Road
Chittenango, NY 13037-7750


Newburgh Kabs Inc.
194 Washington Street
Newburgh, NY 12550

Newburgh Kabs, Inc.
c/o Bruce M. Stern, Esq.
Stern Law Offices
825 Broadway
Newburgh, NY 12550


Nyack Taxi, Inc.
20 S. Frankoin Street
Nyack, NY 10960


One Communications
P.O. Box 415721
Boston, MA 02241-5721


Orange County Medi Coach
1573 Rte. 211 East
Middletown, NY 10941


PAI Sano Car Services
P.O. Box 1212
Yonkers, NY 10702


People's Capital and Leasing Corp.
255 Bank Street
Waterbury, CT 06702


PNC
995 Dalton Avenue
Cincinnati, OH 45203


Rainbow Medical Transportation
83 Althouse Avenue,1st Floor
East Rockaway, NY 11518


Regional EMS
P.O. Box 614
Nanuet, NY 10954


Regional International of WNY, Inc.
1007 Lehigh Station Road
Henrietta, NY 14467


Richmond County Ambulance
1355 Castleton Avenue
Staten Island, NY 10310-1704

Rick's Taxi
18 Spruce Street
Lake Placid, NY 12946


Riverview Taxi
P.O. Box 14
Hudson, NY 12534


Riviera Finance of Texas
3635 Quakerbridge Road
Mercerville, NJ 08619


Rockland Ambulette Service, Inc.
324 North Main Street
Spring Valley, NY 10977


Rockland Mobile Care


S.M. Transportation Ltd.
147-30 Archer Avenue
Jamaica, NY 11435


Sabe Ambulette Service, Inc.
701 Hilda Street N.
Bellmore, NY 11710


Shalom Ambulette Inc.
600 North Broadway, Suite 218
White Plains, NY 10603


Siemens Financial Services, Inc.
3417 Collection Center Drive
Chicago, IL 60693


Sinai Van Service
1224 Brunswick Avenue
Far Rockaway, NY 11691


Sovereign Transportation Inc.
5905 11 Avenue
Brooklyn, NY 11219

Starnet d/b/a Westchester EMS
P.O. Box 9500-1605
Philadelphia, PA 19195-1605


Suburban Transportation Service
6327 East Molloy Road
East Syracuse, NY 13057


Taxi Service of Medina
4868 East Shelby Road
Medina, NY 14103


TCF Equipment Lease
11100 Wayzata Blvd., #801
Minnetonka, MN 55305


The Master's Coach, Ltd
1471 Route 208
Wallkill, NY 12589


Timkey Limousine Company
50 West Genesee Street
Lockport, NY 14094


Timkey Limousine Company
c/o Jon Louis Wilson, Esq.
111 Ontario Street
Lockport, NY 14094


TLC Medical Transportation
638 Burnet Avenue
Syracuse, NY 13203


TLC Transportatoin
1374 Lincoln Avenue
Holbrook, NY 11741


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855


Toyota Financial Services
P.O. Box 371339
Pittsburgh, PA 15250-7339

Transportation Industry WC
c/o Safe LLC
620 Erie Blvd. West, Suite 100
Syracuse, NY 13204


Tri County Cab Inc.
243 Warren Street
Glens Falls, NY 12801


TWAC, Inc.
P.O. Box 561
Long Beach, NY 11561


United Refining Company
P.O. Box 89460
Cleveland, OH 44101-6460


US Bank Manifest Funding
1450 Channel Parkway
Marshall, MN 56258


Vega Transportation Co., Inc.
23-57 83rd Street
Flushing, NY 11370


VIP Ambulette Inc.
26 North Cole Avenue
Spring Valley, NY 10977


VSP Marketing Graphic Group
10 Dyke Road, Suite 4
West Seneca, NY 14224


W.E. Fleet
36305 Treasury Center
Chicago, IL 60694-6300


Wells Fargo Card Services
Payment Remittance Center
P.O. Box 6426
Carol Stream, IL 60197-6426


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN 55402

Westchester Ambulette
58 Palisade Avenue
Yonkers, NY 10701


Wheelchair Gateways
P.O. Box 908
Warwick, NY 10990-0404


Wheels of Fortune Transporation Inc.
136 Highlawn Avenue
Brooklyn, NY 11223


Yellow Taxi Inc. of Syracuse
1371 S. Salina Street
Syracuse, NY 13202


Yellow Taxi Inc. of Syracuse
c/o Adrian J. Burke, Esq.
Burke and Burke
16 West Main Street - Ste. 100
Rochester, NY 14614